AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| PATRICK JOSEPH FRIEDEL | ) | Case No. |
| | ) | 1:14-MJ-477 |
| *Defendant(s)* | ) | |

F I L E D
SEP 24 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 2012 to May 2014__ in the county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a) | Knowingly employ, use, persuade, induce, entice and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Special Agent Kris Eyler
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __09/24/2014__

City and state: __Alexandria, Virginia__

_____/s/_____
Ivan D. Davis
United States Magistrate Judge